IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIDGEPORT MUSIC, INC. ) | |
| ) | |
| v. ) | No. 3:05-0205 |
| ) | JUDGE CAMPBELL |
| ESTATE OF CHRISTOPHER WALLACE ) | |
| a/k/a NOTORIOUS B.I.G. ON BEHALF ) | |
| OF BIG POPPA MUSIC, ET AL. ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge entered January 24, 2006 (Docket No. 120) and Defendant UMG Recordings, Inc.'s Rule 72 Objections to the Magistrate Judge's Report and Recommendation Entered January 24, 2006 (Docket Entry No. 120) (Docket No. 126). The Court has reviewed the Magistrate Judge's findings, the objections and the record. 28 U.S.C. §636(b)(1)(B).

Defendant UMG Recordings, Inc.'s objections (Docket No. 126) are OVERRULED, and the Report and Recommendation (Docket No. 120) is ADOPTED and APPROVED.

Accordingly, Part A of Defendants' Motion for Summary Judgment (Docket No. 68) is terminated as withdrawn, and Part B of Defendants' Motion for Summary Judgment (Docket No. 68) is DENIED.

The Pretrial Conference of this matter scheduled for February 27, 2006 at 9:00a.m. and the Trial of this matter scheduled for March 7, 2006 at 10:00 a.m. remain set.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE