IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

BRIDGEPORT MUSIC, INC.                )
                                       )
v.                                     )   No. 3:05-0205
                                       )   JUDGE CAMPBELL
ESTATE OF CHRISTOPHER WALLACE          )
a/k/a NOTORIOUS B.I.G. ON BEHALF       )
OF BIG POPPA MUSIC, ET AL.             )

ORDER

Pending before the Court is Defendants' Motion to Dismiss Counts 2, 3, 6 and 7 of the Fourth Amended Complaint and Strike Plea for Punitive Damages (Docket No. 330). As more particularly set forth in the accompanying Memorandum, the Motion (Docket No. 330) is GRANTED in part and DENIED in part. Counts 2, 6, and 7 are dismissed. Plaintiff's claim in Count 3 for a declaratory judgment of its ownership of "Machine Gun Funk" and "Ready to Die" on the basis that such works are derivative is dismissed. Plaintiff's claims for punitive damages are dismissed.

Also pending before the Court is Defendants' Motion for Leave to File Reply in Further Support of Defendants' Motion to Dismiss Counts 2, 3, 6, and 7 of the Fourth Amended Complaint and Strike Plea for Punitive Damages (Docket No. 340). The Motion for Leave to File Reply (Docket No. 340) is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE