IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BRIDGEPORT MUSIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:05-0205 |
| | ) | |
| v. | ) | Judge Campbell |
| | ) | Magistrate Judge Brown |
| ESTATE OF CHRISTOPHER WALLACE | ) | JURY DEMAND |
| a/k/a NOTORIOUS B.I.G. on behalf of | ) | |
| BIG POPPA MUSIC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## COMPROMISE AND SETTLEMENT ORDER

It appears to the Court from the signatures of counsel hereon for Plaintiff Bridgeport Music, Inc. and Defendants Bad Boy Entertainment, Inc. individually and d/b/a Bad Boy Records, Janice Combs Publishing, Inc. d/b/a Justin Combs Publishing, Bad Boy Records LLC and UMG Recordings, Inc. on behalf of itself and its division Universal Records, that all matters and things in controversy by and between these parties have been compromised and settled, and that the Complaint filed by Bridgeport Music, Inc. in this cause should be dismissed with prejudice to the refilling of the same, and that all parties will bear their own costs and attorneys' fees in this cause. Accordingly;

IT IS THEREFORE ORDERED that the Complaint be and is hereby dismissed with prejudice to the refilling of the same.

It is further ORDERED that each side will bear its own costs and attorneys' fees.

                 _____
                 United States District Judge Todd Campbell

APPROVED FOR ENTRY:

s/ Richard S. Busch
Richard S. Busch (BPR No. 14594)
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
(615) 259-3456

*Attorneys for Plaintiff*


s/ Timothy L. Warnock
Timothy L. Warnock (BPR No. 12844)
Chris L. Vlahos (BPR No. 20318)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700

*Attorneys for Defendants Bad Boy Entertainment, Inc., individually and d/b/a Bad Boy Records, Bad Boy Records LLC and UMG Recordings, Inc., on behalf of itself and its division Universal Records*

and

Jonathan D. Davis
Jonathan D. Davis, P.C.
99 Park Avenue, Suite 1600
New York, NY 10016-1503
(212) 687-5464

*Attorney for Defendants, Bad Boy Entertainment, Inc., Janice Combs Publishing, Inc. and Bad Boy Records, LLC*